UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS PEREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DERRAL G. ADAMS,<br><br>　　　　　Respondent. | NO. CV 08-02464 JSL (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1    Accordingly, IT IS ORDERED THAT:

3    1.  The Motion to Dismiss is GRANTED and Judgment shall be entered
4 dismissing this action with prejudice.

6    2.  The Clerk shall serve copies of this Order and the Judgment
7 herein by United States mail on Petitioner.

9 DATED: January 5, 2009

*(signature: Spencer Letts)*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

2