**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSE JESUS PEREZ, | ) | NO. CV 08-02464 JSL (SS) |
|           Petitioner, | ) | |
| | ) | **JUDGMENT** |
|     v. | ) | |
| DERRAL G. ADAMS, Warden, | ) | |
| | ) | |
|          Respondent. | ) | |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 5, 2009

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE